Frieda Gelb, Respondent, v. Jeanne Korowitz, Defendant, Impleaded

---

* See Civ. Prac. Act, § 288 *et seq.* See, also, Rules Civ. Prac. rule 122.— [Rep.

with IRVING KOROWITZ, Appellant.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.